UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PHILLIP BAKER,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 11-11900-RWZ<br>) |
| TAUNTON POLICE OFFICER<br>MACAFFERLY,<br>    Defendant. | )<br>)<br>)<br>) |

### ORDER OF DISMISSAL

ZOBEL, D.J.

In accordance with the Memorandum and Order (Docket No. 6) directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

By the Court,

/s/ Lisa Urso
Deputy Clerk

DATED: December 13, 2011